IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Respondent,               No. CR S-09-0540 GEB DAD P

    vs.

LUIS FABIAN CHAVEZ,

    Movant.                  ORDER

_____/

        Movant, a federal prisoner proceeding pro se, has filed a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. Since movant may be entitled to the requested relief if he can establish a violation of his constitutional rights, respondent will be directed to respond to the motion. See Rule 4, Rules Governing Section 2255 Proceedings.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Respondent shall file and serve a response to movant's § 2255 motion within sixty days after this order is served. See Rules 4 and 5, Rules Governing Section 2255 Proceedings;

        2. If respondent files and serves an opposition to the § 2255 motion, movant's reply to the opposition shall be filed and served within thirty days after the opposition is served;

/////

1        3. If respondent files and serves a procedural motion, movant's opposition shall
2 be filed and served within thirty days after the countermotion is served, and respondent's reply
3 shall be filed and served within thirty days after the opposition is served; and
4        4. The Clerk of the Court shall serve a copy of this order, together with a copy of
5 the § 2255 motion filed by movant, on the United States Attorney or his authorized
6 representative.
7 DATED: January 10, 2012.

10 DAD:9
chav0540.206

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE